IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC FOREMAN,

        Plaintiff,

v.

CHURCH HILL CLASSICS, LTD.,

        Defendant.

Case No. 22-CV-02478-SPM

## JUDGMENT IN A CIVIL ACTION

DECISION BY THE COURT.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated November 18, 2022 (Doc. 8), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    DATED:   November 28, 2022

                                                  MONICA A. STUMP,
                                                 Clerk of Court

                                                 By:  **s/** *Jackie Muckensturm*
                                                          Deputy Clerk

APPROVED: **s/** *Stephen P. McGlynn*
                    STEPHEN P. MCGLYNN
                    U.S. District Judge